IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:15-CR-30 ALM |
| | § | |
| SERGIO ARIEL MORENO JR. | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 28, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Heather Rattan.

On December 16, 2015, Defendant was sentenced by the Honorable Amos L. Mazzant, III, United States District Judge, to a sentence of eighteen (18) months imprisonment followed by a three (3) year term of supervised release for the offense of Possession of Firearm by a Felon. Defendant began his term of supervision on April 6, 2017.

On January 28, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 38). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer; (3) Defendant shall refrain from any unlawful use of a controlled substance; (4) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related

to any controlled substance, except as prescribed by a physician; and (5) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer. Defendant shall pay any cost associated with treatment and testing.

The Petition alleges that Defendant committed the following violations: (1) On Dcember 31, 2017, Defendant was arrested for Driving While Intoxicated (DWI) and released on bond. Defendant was re-arrested on January 27, 2018, for a parole warrant for violations due to the DWI charge. On April 9, 2018, Defendant was convicted of the DWI charge in Denton County Criminal Court No. 1 Cause No. 2018-01740-A, and sentenced to sixty (60) days incarceration. On January 11, 2019, Defendant was arrested by an officer with the Plano, Texas, Police Department for shoplifting from Frye's Electronics store. Defendant was released on bond, and the charge is still pending. Defendant failed to inform his probation officer of the arrest; (2) On December 28, 2018, Defendant submitted a urinalysis which was confirmed positive for methamphetamine; and (3) Defendant was enrolled into outpatient substance abuse treatment on July 16, 2018, with McCary Counseling Services. Defendant failed to attend as instructed on October 29, November 1, 8, and 15, and December 6 and 20, 2018. On July 16, 2018, Defendant was instructed to call the U.S. Probation Office's random drug testing notification line every day to receive instructions on when to submit a urine specimen for drug testing. From July 16th to the date of the Petition, Defendant has failed to call the notification line as instructed most of the days in that period. As part of the random drug testing program, Defendant called the notification line and was instructed to provide a urine specimen on the following dates: July 24, August 28, December 12, 2018; and January 7, and 22, 2019. On each of these dates, Defendant failed to provide a urine specimen for testing as instructed. Additionally,

as part of the random drug testing program, Defendant failed to call the notification line on the following dates which resulted in Defendant failing to provide a urine specimen for testing: August 17, September 5, and 10, October 22 and 26, November 19 and 30, 2018; and January 10, 2019.

At the hearing, Defendant entered a plea of true to the alleged violations, except paragraph two of allegation 1. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the February 28, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirteen (13) months, with no supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Fort Worth, if appropriate.

**SIGNED this 18th day of March, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE